## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **RAUL MOLLA-MOLINA,** <br><br> **Defendant**. | **CRIMINAL NO. 16-377 (PAD)** |

### ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Raúl Molla-Molina (Docket No. 19), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 18). The parties shall file their sentencing memoranda not later than September 16, 2016. The Sentencing Hearing is set for September 27, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of July, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge